IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Tango Marine S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO: 20-cv-42-A |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Elephant Group Limited, et al., | § | |
| | § | |
| Defendants and Garnishees. | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S**
**VERIFIED MOTION FOR ALTERNATIVE**

| Ex. No. | f | App. |
|---|---|---|
| 1 | Affidavit of J. Stephen Simms in Response To This Court's April 16, 2020 [ECF 25] Order and Supporting of Plaintiff's Motion for Court-Ordered Alternative Service Pursuant to Fed. R. Civ. P. 4(f)(3) | APP. 001 – APP. 005 |
| 1-A | Certified Mailing Receipts | APP. 006 – APP. 007 |
| 1-B | USPS tracking results | APP. 008 – APP. 013 |
| 1-C | Certified Mailing Receipts | APP. 014 – APP. 015 |
| 1-D | USPS tracking results | APP. 016 – APP. 018 |
| 1-E | Excerpts from Elephant Group Website | APP. 019 – APP. 023 |

Respectfully submitted,

/s/ J. Stephen Simms
Scott R. Wiehle
State Bar No. 24043991
scott.wiehle@kellyhart.com
Emily R. Steppick
emily.steppick@kellyhart.com
State Bar No. 24117095

J. Stephen Simms
(admitted *pro hac vice*)
jssimms@simmsshowers.com
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789

**ATTORNEYS FOR TANGO MARINE S.A.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 27, 2020, I filed the foregoing, accompanying affidavit and draft order on the Court's electronic filing system for service on all counsel of record.

/s/ J. Stephen Simms
J. Stephen Simms

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| Tango Marine S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: 20-cv-42-A |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Elephant Group Limited, et al., | § | |
| | § | |
| Defendants and Garnishees. | § | |

**AFFIDAVIT OF J. STEPHEN SIMMS IN**
**RESPONSE TO THIS COURT'S APRIL 16, 2020 [ECF 25] ORDER AND**
**SUPPORTING OF PLAINTIFF'S MOTION FOR COURT-ORDERED**
**ALTERNATIVE SERVICE PURSUANT TO FED. R. CIV. P. 4(f)(3)**

I, J. Stephen Simms, certify as follows under penalties of perjury:

1.      I am a principal with the firm Simms Showers LLP and have been admitted as *pro hac vice* counsel for Plaintiff Tango Marine S.A.  I am over the age of eighteen and competent to make this affidavit, which I do of my own personal knowledge. I am co-counsel with Scott Wiehle, a member of the Bar of this Court, and this Court has admitted me as counsel *pro hac vice* for plaintiff Tango Marine S.A. ("Tango").  I respond with this affidavit as this Court ordered, April 16, 2020.

2.      I have researched the facts and law of this case, including the particulars of Defendants Elephant Group PLC and Elephant Group Limited and their liability to my client, plaintiff Tango Marine S.A.  Both Elephant Group PLC and Elephant Group Limited are Nigerian companies, and my research confirms that they both are located and continuing to do active business from the same address in Lagos, Nigeria, namely, at:

AFFIDAVIT OF J. STEPHEN SIMMS

**EXHIBIT**

**1**

PAGE 1
APP. 001

Elephant Group PLC
Elephant Group Limited
Elephant Group Centre
8, Etal Avenue, off Kudirat Abiola way, Oregun, Ikeja
Lagos, Nigeria 100271

3.      After this Court issued the Summonses in this case, on January 22, 2020 I directed my Senior Paralegal, Mrs. Debra Hnat, to mail the Summonses and Verified Complaint to Defendants Elephant Group PLC and Elephant Group Limited at their offices, Elephant Group Centre, 8, Etal Avenue, off Kudirat Abiola way, Oregun, Ikeja Lagos, Nigeria 100271.  The service that Mrs. Hnat did to Defendants that address was by International Registered Mail, return receipt requested, which she initiated at the United States Post Office closest to our office, at Cockeysville, Maryland. I attach a true and correct copy of the United States Postal Service ("USPS") record of this mailing, provided to me by Mrs Hnat, as Exhibit A.

4.      I thereafter asked Mrs. Hnat to use the USPS.com on-line tracking, to follow delivery of the International Registered Mail package.  The USPS.com site, which she followed, shows an unsuccessful delivery attempt was made to deliver the envelopes to each Defendant on February 29, 2020.  The USPS.com site reported that second unsuccessful attempt was made on March 2, 2020 to deliver the envelope to defendant Elephant Group PLC.   I attach a true and correct copy of the USPS tracking record, provided me by Mrs. Hnat, as Exhibit B.

5.      On March 11, 2020 I directed Mrs. Hnat to make a further mailing of the Summonses and Verified Complaint to Defendants Elephant Group PLC and Elephant Group Limited by International Registered Mail, return receipt requested at their offices, Elephant Group Centre, 8, Etal Avenue, off Kudirat Abiola way, Oregun, Ikeja Lagos, Nigeria 100271.  . As before, Mrs. Hnat went to the United States Post Office closest to our office, at Cockeysville,

Maryland, to initiate this mailing to Defendants at that address.  I attach a true and correct copy of the USPS record of this mailing, provided to me by Mrs. Hnat, as Exhibit C.

6.      On April 25, 2020, I personally accessed the USPS.com tracking site, which reports that the envelopes which I directed Mrs. Hnat mail, and which she did mail on March 11, 2020, are in Nigeria and in transit to their destination as of March 21,  2020.  I attach a true and correct copy record of this, which I printed from the USPS.com tracking site, as Exhibit D.

7.      Until the USPS return receipts are received, or the USPS.com tracking information is updated, there is no proof of service on Defendants.  From my experience with the initial mailing and apparent in ability of Nigerian postal authorities to make the first and second deliveries on the Elephant Defendants, I believe that this method of service will not be successful.

8.      With the mailing unsuccessful, another and in my experience and from my research, much less successful method of service is to ask this Court to issue a Letter of Request ( Letter Rogatory ) and to have the Letter formally served on the Elephant Defendants, with the summons and complaint, through the Nigerian court system.  My research, which included consultation with Nigerian counsel, confirms that if this formal process succeeded, it would take six (6) months or more to complete service on the Elephant Defendants.  My research as well as consultation with Nigerian counsel confirms, however, that neither Nigerian nor U.S. law, however, requires use of a Letter Rogatory for service of process.

9.      In particular I have confirmed this by reference to the United States Department of      State,      Bureau      of      Consular      Affairs      website,

https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Nigeria.html , which states as follows:

> Nigeria is not a party to the Hague Service Convention. In the absence of any prohibition against it, service of process in Nigeria may be effected by mail, by agent, such as a local attorney, or through letters rogatory. Litigants may wish to consult an attorney in Nigeria before pursuing a particular method of service of process, particularly if enforcement of a U.S. judgment is contemplated in the future.

10. From my research of Defendants' operations, I believe that both Defendants, with this Court's authorization for such service, can be effectively and consistent with due process be served the summons and complaint by both email and Federal Express. As I have re-confirmed by viewing their website, https://www.elephantgrp.com/, they both do international business (including as I have confirmed, with the garnishees in this action, located in the United States), and maintain active email addresses:

> Akin Ogunbiyi, Co-Founder and Executive Director, Elephant Group PLC - akin@elephantgrp.com
>
> Tunji Owoeye, FCA , Managing Director, tunji@elephantgrp.com
>
> Tunde Kayode, Msc, AMNIM - Chief Marketing Officer - kayode@elephantgrp.com
>
> Murphy Alabi, Bsc. - Shipping Manager - murphy@elephantgrp.com
>
> General email addresses: info@elephantgrp.com, elephantgroupltd@gmail.com

/

[Continued on Next Page]

/

AFFIDAVIT OF J. STEPHEN SIMMS
PAGE 4

I attach as Exhibit E hereto, the Elephant Defendants' website page, listing Elephant officers and management including those for whom I have the email addresses, immediately above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2020.

J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789

APP. 005

# EXHIBIT A

APP. 006



**EXHIBIT**

**1-A**

APP: 007

# EXHIBIT B

# USPS Tracking®

**Track Another Package  +**

**Tracking Number:** RF292991110US                  Remove ✕

We attempted to deliver your item in NIGERIA at 11:42 am on <mark>February 29, 2020</mark>.

## In-Transit

February 29, 2020 at 11:42 am
Attempted Delivery Abroad
NIGERIA

Feedback

### Tracking History                                     ⌃

**February 29, 2020, 11:42 am**
Attempted Delivery Abroad
NIGERIA
We attempted to deliver your item in NIGERIA at 11:42 am on February 29, 2020.

**February 29, 2020, 11:37 am**
Arrival at Post Office
NIGERIA

**February 28, 2020, 10:01 am**
Processed Through Facility
NIGERIA

**February 2, 2020, 12:30 pm**
Departed
LAGOS, NIGERIA

<div style="border:1px solid black; display:inline-block; padding:4px;">

**EXHIBIT**

# 1-B
</div>

APP. 009

**January 29, 2020, 5:20 pm**
Departed
NEW YORK, UNITED STATES

**January 28, 2020, 8:00 pm**
Arrived
NEW YORK, UNITED STATES

**January 28, 2020, 11:07 am**
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**January 24, 2020, 11:50 am**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**January 22, 2020, 8:36 pm**
Departed USPS Facility
BALTIMORE, MD 21233

**January 22, 2020, 5:47 pm**
Departed Post Office
COCKEYSVILLE, MD 21030

**January 22, 2020, 4:45 pm**
Arrived at USPS Facility
BALTIMORE, MD 21233

**January 22, 2020, 10:40 am**
USPS in possession of item
COCKEYSVILLE, MD 21030

**Product Information** ⌄

See Less ⌃

APP. 010

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

APP. 011

**Track Another Package +**

Remove ✕

## Tracking Number: RF292991137US

We attempted to deliver your item in NIGERIA at 12:47 pm on <mark>March 2, 2020</mark>.

## In-Transit

March 2, 2020 at 12:47 pm
Attempted Delivery Abroad
NIGERIA



**Tracking History** ⌃

**March 2, 2020, 12:47 pm**
Attempted Delivery Abroad
NIGERIA
We attempted to deliver your item in NIGERIA at 12:47 pm on March 2, 2020.

**February 29, 2020, 11:43 am**
Attempted Delivery Abroad
NIGERIA

**February 29, 2020, 11:36 am**
Arrival at Post Office
NIGERIA

**February 28, 2020, 10:02 am**
Processed Through Facility
NIGERIA

APP. 012

**February 2, 2020, 12:30 pm**
Departed
LAGOS, NIGERIA

**January 29, 2020, 5:20 pm**
Departed
NEW YORK, UNITED STATES

**January 28, 2020, 8:00 pm**
Arrived
NEW YORK, UNITED STATES

**January 28, 2020, 11:07 am**
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**January 24, 2020, 11:49 am**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

Feedback

**January 22, 2020, 8:36 pm**
Departed USPS Facility
BALTIMORE, MD 21233

**January 22, 2020, 5:47 pm**
Departed Post Office
COCKEYSVILLE, MD 21030

**January 22, 2020, 4:45 pm**
Arrived at USPS Facility
BALTIMORE, MD 21233

**January 22, 2020, 10:40 am**
USPS in possession of item
COCKEYSVILLE, MD 21030

**Product Information** ⌄

See Less ⌃

APP. 013

# EXHIBIT C

## Left Receipt

| To Be Completed By Post Office | |
|---|---|
| Postage $ **$4.26** | Extra Services & Fees (continued) |
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail **$16.00** | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ **$4.15** | |
| ☐ Return Receipt (electronic) $ **$0.00** | **Total Postage & Fees** |
| ☐ Restricted Delivery $ **$0.00** | **$26.41** |
| Customer Must Declare Full Value $ **$0.00** | Received by **03/11/2020** |

0508 03

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: ~~S.COCKEYSVILLE, MD. 21030~~
201 International Cir. Ste 250
Hunt Valley, Md 21030 USA

TO: ELEPHANT GROUP PLC   ATTN: ALHAJI SAIDU M. MOHAMMED
ELEPHANT GROUP CENTER
8, ETAL AVE, OREGUN, IKEJA
LAGOS NIGERIA

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

## Right Receipt

| To Be Completed By Post Office | |
|---|---|
| Postage $ RF 292991140US | Extra Services & Fees (continued) |
| Extra Services **$4.26** | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ **$16.00** | |
| ☐ Return Receipt (electronic) $ **$4.15** | **Total Postage & Fees** |
| ☐ Restricted Delivery $ **$0.00** | **$0.00** |
| Customer Must Declare Full Value $ **$0.00** | Received by **$24.41** **03/11/2020** |

0508 03

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: ~~Summer~~ ~~COCKEYSVILLE, MD 21030~~
201 International Cir. Ste 250
Hunt Valley, Md 21030   USA

TO: ELEPHANT GROUP LTD   ATTN: ALHAJI SAIDU M. MOHAMMED
ELEPHANT GROUP CENTR
8, ETAL Avenue   OREGUN, IKEJA
Nigeria
LAGOS, NIGERIA

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

**EXHIBIT**
**1-C**

APP. 015

# EXHIBIT D

# USPS Tracking®

## Track Another Package ✛

**Tracking Number:** RF292991401US

Remove ✕

Your item departed a transfer airport in MURTALA MUHAMMED, LAGOS, NIGERIA on March 21, 2020 at 3:13 pm. The item is currently in transit to the destination.

## In-Transit

March 21, 2020 at 3:13 pm
Departed
LAGOS, NIGERIA

Feedback

### Tracking History

^

March 21, 2020, 3:13 pm
Departed
LAGOS, NIGERIA
Your item departed a transfer airport in MURTALA MUHAMMED, LAGOS, NIGERIA on March 21, 2020 at 3:13 pm. The item is currently in transit to the destination.

March 19, 2020, 11:55 pm
Departed
NEW YORK, UNITED STATES

March 19, 2020, 5:20 pm
Arrived
NEW YORK, UNITED STATES

March 19, 2020, 10:29 am
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

EXHIBIT
1-D

APP. 017

**March 14, 2020, 2:08 pm**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**March 11, 2020, 8:14 pm**
Departed USPS Facility
BALTIMORE, MD 21233

**March 11, 2020, 5:51 pm**
Departed Post Office
COCKEYSVILLE, MD 21030

**March 11, 2020, 4:35 pm**
Arrived at USPS Facility
BALTIMORE, MD 21233

**March 11, 2020, 11:55 am**
USPS in possession of item
COCKEYSVILLE, MD 21030

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

APP. 018

# EXHIBIT E

**ELEPHANT**
**GROUP PLC**

OUR BUSINESS   PRODUCTS   ABOUT US   SUSTAINABILITY   NEWS   INVESTOR RELATIONS

CAREERS   CONTACT US

# Management

# MANAGEMENT





Tunji Owoeye, FCA - Managing Director

*2015-01-02*

Tunde Kayode, Msc, AMNIM - Chief Marketing Officer

*2015-03-02*

Akin Ogunbiyi - Executive Director

*2015-02-02*

Tajudeen Aliyu, Msc - .Chief Marketing Officer

*2015-04-01*

**EXHIBIT**

**1-E**

APP. 020





Dr. Olurotimi Fashola, PhD. - Team Head, Projects

Funmi Juwape, FCA - Treasurer





Sheu Garba, Bsc. - Northern Operations Manager

Murphy Alabi, Bsc. - Shipping Manager

Talk to us, We can work together in many ways

APP. 021



### Our Offices

View our locations nationwide and West Africa regions

Learn more



### Buy from us

Become a happy customer of arrays of quality products

Place order

APP. 022



### Partner with us

Our sustainability projects are impactful with economic benefits

Learn more

## About Elephant Group PLC

- About Us
- Our Products
- Brands
- Sustainability

## Our Business

- Agro Product Marketing and Distribution
- Food Production
- Food Processing
- Agro Export

## Elephant Brands

- Rice
- Fertilizer
- Cassava
- Cashew
- See more

## Contact Us

Elephant Group Centre

8, Etal Avenue

Oregun, Ikeja

Lagos, Nigeria.

P.O. Box 1134, Ikeja

Lagos, Nigeria.

APP. 022

- ■ Investor Relations

- ■ Projects

- ■ Careers

- ■ Commodity Import

Telephone:

+234-8063744134

+234-8035365758

**Email**:

info@elephantgrp.com

    

Copyright © 2020, Elephant Group PLC

Designed by Antts Solutions

APP. 023