IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 9 2020

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| TANGO MARINE S.A., | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:20-CV-042-A |
| | § |
| ELEPHANT GROUP LIMITED, ET AL., | § |
| Defendants. | § |
| and | § |
| HERITAGE AGRO-ALLIED FOODS INC., ET AL., | § |
| Garnishees. | § |

## ORDER

Came on for consideration the motion by plaintiff, Tango Marine S.A., for alternative service. The court finds that such motion should be granted.

Rules 4(h)(2) and 4(f)(3) of the Federal Rules of Civil Procedure permit the court to authorize service of process on a defendant in a foreign country "by other means not prohibited by international agreement." Fed. R. Civ. P. 4(f)(3). Defendants, Elephant Group Limited and Elephant Group PLC, are located in Nigeria, which is not a signatory to the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters nor the Inter-American Convention on Letters Rogatory. Consequently, international agreement does

not bar service of process on defendants via email or via Federal Express mail. The Fifth Circuit has found that service on a defendant in a foreign country via email is proper when ordered by a court pursuant to Rule 4(f)(3). Nagravision SA v. Gotech Int'l Tech. Ltd., 882 F.3d 494, 498 (5th Cir. 2018).

Therefore,

The court ORDERS that such motion for alternative service be, and is hereby, granted and that plaintiff be, and is hereby, granted leave to serve process on defendants via email or Federal Express mail.

The court further ORDERS plaintiff to serve this order and the motion for alternative service on defendants should it serve process in a manner authorized herein and that the process to be served shall also include copies of all pleadings filed by plaintiff in this action and all other papers proper and necessary to be served on defendants in an action such as this action.

The court further ORDERS that by June 1, 2020, plaintiff file in this action proof of service of process.

SIGNED April 29, 2020.

_____
JOHN McBRYDE
United States District Judge