# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| Tango Marine S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.: 20-cv-42-A |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Elephant Group Limited, et al., | § | |
| | § | |
| Defendants and Garnishees. | § | |

## PLAINTIFF TANGO MARINE S.A.'S
## MOTION FOR DEFAULT JUDGMENT AGAINST
## DEFENDANTS ELEPHANT GROUP LIMITED AND ELEPHANT GROUP PLC

Pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff Tango Marine S.A. ("Tango") moves for a default judgment, jointly and severally, against Defendants Elephant Group Limited and Elephant Group PLC (collectively, "Elephant Group") in the amount of **$4,473,167.50**.

As set forth in the accompanying Affidavit of the Director of Tango, Elpida Hatjioannou, and Memorandum of Law, the conditions of Rule 55(b) have been satisfied and entry of default judgment is proper as a matter of law.

Dated: July 1, 2020.

Respectfully submitted,

*/s/ J. Stephen Simms*
J. Stephen Simms
(admitted pro hac vice)
jssimms@simmsshowers.com
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
    and

Scott R. Wiehle
State Bar No. 24043991
scott.wiehle@kellyhart.com
Emily R. Steppick
emily.steppick@kellyhart.com
State Bar No. 24117095
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopy: (817) 878-9280

**ATTORNEYS FOR PLAINTIFF
TANGO MARINE S.A.**