IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 28 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| TANGO MARINE S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-042-A |
| | § | |
| ELEPHANT GROUP LIMITED, ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| and | § | |
| | § | |
| HERITAGE AGRO-ALLIED FOODS INC., ET AL., | § | |
| | § | |
| Garnishees. | § | |

## FINAL JUDGMENT AS TO ATTORNEY'S FEES

Consistent with its order signed August 27, 2020,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Tango Marine S.A., have and recover jointly and severally from defendants, Elephant Group Limited and Elephant Group PLC, the sum of $13,790.50 as reasonable attorney's fees.

SIGNED August 28, 2020.

_____
JOHN McBRYDE
United States District Judge