

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TANGO MARINE S.A., | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 4:20-CV-042-A |
| ELEPHANT GROUP LIMITED, ET AL., | § § | |
| Defendants. | § § | |
| and | § § | |
| HERITAGE AGRO-ALLIED FOODS INC., ET AL., | § § § | |
| Garnishees. | § | |

ORDER

Came on for consideration the motion of plaintiff, Tango Marine S.A., for default judgment against defendants Elephant Group Limited and Elephant Group PLC (together, "Elephant Group"). The court, having considered the motion, Elephant Group's response, the reply, the record, and applicable authorities, finds that the motion should be granted.

The court ORDERS that plaintiff's motion for default judgment be, and is hereby, granted, and that plaintiff have and recover from Elephant Group Limited and Elephant Group PLC, jointly and severally, the sum of $4,491,784.17 plus post-judgment interest thereon at the rate of 0.09%, computed daily

on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

SIGNED December 30, 2020.

_____
JOHN McBRYDE
United States District Judge

2