IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 30 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| TANGO MARINE S.A., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:20-CV-042-A |
| § | |
| ELEPHANT GROUP LIMITED, ET AL., § | |
| § | |
| Defendants. § | |
| and § | |
| § | |
| HERITAGE AGRO-ALLIED FOODS § | |
| INC., ET AL., § | |
| § | |
| Garnishees. § | |

## FINAL JUDGMENT

Consistent with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Tango Marine S.A., have and recover from defendants Elephant Group Limited and Elephant Group PLC, jointly and severally, the sum of $4,491,784.17 plus post-judgment interest thereon at the rate of 0.09%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

SIGNED December 30, 2020.

_____
JOHN McBRYDE
United States District Judge